# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | Case No. 1:16-bk-21423 |
| KRISTINA MOXLEY LYNCH | Chapter 13 |
| | Honorable Janet S. Baer |
| Debtor(s) | |

## NOTICE OF MOTION

To: *service list affixed*

PLEASE TAKE NOTICE that on September 4, 2020, at 9:30 AM, I will appear before the Honorable Janet S. Baer, or any Judge sitting in that Judge's place, and present **DEBTOR'S MOTION TO MODIFY PLAN**, a copy of which is attached.

**This Motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on this Motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.courtsolutions.com or by calling Court Solutions, LLC at (917) 746-7476.

**If you disagree with this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the relief sought herein in advance without hearing.

**KRISTINA MOXLEY LYNCH**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

   I, Joseph S. Davidson, certify that I caused a copy of this notice and Motion to be served, via electronic case filing to Glenn B. Stearns, Chapter 13 Trustee and via United States First Class Mail® to each entity listed on service list affixed, on July 23, 2020 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

                     */s/ Joseph S. Davidson*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-21423<br>Northern District of Illinois<br>Eastern Division<br>Wed Jul  1 11:08:57 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| Barclays Bank Delaware<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity bank/J Crew<br>Po Box 182125<br>Columbus, OH 43218-2125 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 |
| Commerce Bank Of Kc<br>Attn:Recovery<br>PO Box 419248 Kc-Rec-10<br>Kansas City, MO 64141-6248 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Equifax Information Services, LLC<br>1550 Peachtree Street NW<br>Atlanta, GA 30309-2468 | Equifax Information Services, LLC<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian Information Solutions, Inc.<br>475 Anton Boulevard<br>Costa Mesa, CA 92626-7037 |
| Experian Information Solutions, Inc.<br>PO Box 4500<br>Allen, TX 75013-1311 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Leyden Credit Union<br>9617 W Grand Ave<br>Franklin Park, IL 60131-3308 | Northwest Collectors Inc<br>3601 Algonquin Road<br>Ste232<br>Rolling Meadows, IL 60008-3143 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| TransUnion LLC<br>PO Box 2000<br>Chester, PA 19016-2000 | Village of Villa Park<br>20 S. Ardmore Ave<br>Villa Park, IL 60181-2696 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Jason Van Van Hemert<br>Van Hemert Law Group<br>501 N. Ashland Ave<br>Park Ridge<br>Park Ridge, IL 60068-3409 | Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Kristina Moxley Lynch<br>562 S. Finley Road<br>Lombard, IL 60148-2431 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

Portfolio Recovery Associates, LLC
Successor to BARCLAYS BANK DELAWARE
(UPROMISE)
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Pam Gordon
6577 Wilderness Trail
IN 46083

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:16-bk-21423 |
| KRISTINA MOXLEY LYNCH | Chapter 13 |
| | Honorable Janet S. Baer |
| Debtor(s) | |

**MOTION TO MODIFY PLAN**

**NOW COMES**, KRISTINA MOXLEY LYNCH (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. § 1329, requesting entry of an order modifying plan. In support thereof, Debtor states as follows:

1. On June 30, 2016, Debtor filed a voluntary petition for relief under Chapter 13, Title 11, United States Code (the "Bankruptcy Code").

2. Debtor's Original Chapter 13 Plan, dated June 30, 2016, was confirmed on May 18, 2018 (the "Confirmed Plan").

3. The Confirmed Plan provides:

**Section D.** *Payments by debtor to the trustee; plan term and completion*

1. *Initial plan term.* The debtor will pay to the trustee **$215.00** monthly for **60** months [and **$**     **monthly for an additional**     **months**], for total payments, during the initial plan term, of **$12,900.00**.

**Section E.** *Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a) shall be paid, pro rata, ☐ in full, /or/ ■ to the extent

      possible from the payments set out in Section D, but not less than **14%** of their allowed amount.

4. On July 1, 2020, Debtor filed a motion to incur debt [Dkt. #22].

5. Contemporaneously, Debtor filed Amended Schedules I, J on July 8, 2020 [Dkt. #23].

6. Debtor's Amended Schedules I, J indicate an increase in Debtor's monthly disposable income. See *Id*.

7. Accordingly, Debtor is seeking to modify the Confirmed Plan to increase payments from $215.00 to $350.00 monthly for the remaining plan term.

7. Modifying the Confirmed Plan will not prejudice the general unsecured creditors, as they will actually receive more than originally provided for in the Confirmed Plan.

**WHEREFORE**, Debtor respectfully requests the following:

A. an Order modifying the Confirmed Plan to increase payments from $215.00 to $350.00 monthly for the remaining plan term; and

B. such other relief as the Court deems just and proper.

DATED: July 23, 2020　　　　　　　　　　Respectfully submitted,

**KRISTINA MOXLEY LYNCH**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com